JAP:JSR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

YOLANDA LASSO-PEREZ,

       Defendant.

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

# M 12- 225

REMOVAL TO THE SOUTHERN
DISTRICT OF FLORIDA

Fed. R. Crim. P. 5

      JOSEPH PITRUZZELLO, being duly sworn, deposes and says that he is a Deputy with the United States Marshals Service ("USMS") duly appointed according to law and acting as such.

      Upon information and belief, on May 29, 2003, an arrest warrant was issued by the United States District Court for the Southern District of Florida charging the defendant YOLANDA LASSO-PEREZ with failure to appear for sentencing, in violation of Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1)(A)(i).

      The source of your deponent's information and the grounds for his belief are as follows:

      1.   On May 29, 2003, a grand jury in the United States District Court for the Southern District of Florida returned an indictment charging the defendant YOLANDA LASSO-PEREZ with one count of failure to appear for sentencing, in violation of Title

2

18, United States Code, Sections 3146(a)(1) and 3146(b)(1)(A)(i). A copy of the indictment is attached hereto.

2. On May 29, 2003, an arrest warrant was issued by the United States District Court for the Southern District of Florida. A copy of the warrant is attached hereto.

3. Pursuant to their investigation, the USMS located an address in East Elmhurst, New York for the defendant's daughter.

4. On March 6, 2012, members of the USMS responded to the East Elmhurst address in an attempt to locate the defendant YOLANDA LASSO-PEREZ.

5. Agents knocked on the door of the apartment on the second floor. The door was opened by a female who stated that she lived in the apartment along with her sister and a woman named "Maria." Upon questioning, the female admitted that "Maria" was really her mother, YOLANDA LASSO-PEREZ, and that her mother was in a bedroom of the apartment.

6. Deputies of the USMS entered the apartment and encountered the defendant YOLANDA LASSO-PEREZ in the bedroom. The defendant's daughter acted as a Spanish translator for the Deputies of the USMS so that they were able to communicate with the defendant YOLANDA LASSO-PEREZ. The defendant informed the Deputies that "she knew what it was about" and she admitted that her name was YOLANDA LASSO-PEREZ. The photograph associated with

the arrest warrant appeared to be of the defendant.  The

defendant produced a New York State Identification Card in the

name of "YOLANDA PEREZ."

      7.  The defendant YOLANDA LASSO-PEREZ provided agents

of the USMS with pedigree information that matched the pedigree

information associated with the arrest warrant.  Based on the

outstanding warrant for the arrest of YOLANDA LASSO-PEREZ,

special agents of the USMS placed the defendant under arrest.

      8.  It is the desire of the United States Attorney for

the Southern District of Florida that the defendant YOLANDA

LASSO-PEREZ be removed to that district for prosecution.

     WHEREFORE your deponent respectfully requests that the

defendant YOLANDA LASSO-PEREZ be removed to the Southern District

of Florida so that she may be dealt with according to law.

 

JOSEPH PITRUZZELLO
Deputy
United States Marshal Service

Sworn to before me this
6th day of March, 2012

THE HONORABLE
UNITED STATES
EASTERN DISTR:

DGE

243898

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

YOLANDA LASSO-PEREZ

Defendant,

**WARRANT FOR ARREST**

**03 - 20424 CR-HUCK**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ———————— YOLANDA LASSO-PEREZ

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
FAILURE TO APPEAR FOR SENTENCING AS REQUIRED BY THE CONDITIONS OF HER RELEASE.

in violation of Title _____18_____ United States Code, Section(s) _____3146(a)(1)_____

| | |
|---|---|
| Clarence Maddox | Court Administrator / Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | 05/29/03, MIAMI, FL |
| | Date and Location |

**JOHN J. O'SULLIVAN**

Bail fixed at $ _____ by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 03-20424 CR-HUCK
CASE NO.

18 U.S.C. § 3146(a)(1)



MAGISTRATE JUDGE
TURNOFF

UNITED STATES OF AMERICA

vs.

YOLANDA LASSO-PEREZ,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about April 8, 1997, in Miami-Dade County, in the Southern District of Florida, the

defendant,

### YOLANDA LASSO-PEREZ,

having previously been charged in the case of United States v. Yolanda Lasso-Perez, Case No.96-

824-CR-ATKINS, with violations of Title 21, United States Code, Sections 952(a) and 841(a)(1),

that is, importation of heroin and possession with intent to distribute heroin, offenses punishable by

imprisonment for a term of fifteen years or more, and having been released by the United States

District Court for the Southern District of Florida pursuant to Chapter 207 of Title 18, United States

Code, did knowingly fail to appear for sentencing, as required by the conditions of her release, in

violation of Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1)(A)(i).

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
JENNIFER A. LOVEMORE
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

03-20424 CR-HUCK

**UNITED STATES OF AMERICA**

vs.

**YOLANDA LASSO-PEREZ,**

        Defendant.

CASE NO.

**CERTIFICATE OF TRIAL ATTORNEY\***

MAGISTRATE JUDGE
TURNOFF

**Superseding Case Information:**

New Defendant(s)      Yes _____ No _____
Number of New Defendants  _____
Total number of counts      _____

**Court Division:** (Select One)

  X  Miami  _____ Key West
_____ FTL  _____ WPB _____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __Yes__
   List language and/or dialect  __Spanish__

4. This case will take __1__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | | |
| II | 6 to 10 days | | Minor | | |
| III | 11 to 20 days | | Misdem. | | |
| IV | 21 to 60 days | | Felony | X | |
| V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) __No__
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: __96-0824-CB-ATKINS__
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes __ No    If yes, was it pending in the Central Region? ___ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? _X_ Yes ___ No

_____
JENNIFER A. LOVEMORE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0958263

\*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

# 03-20424 CR-HUCK

**Defendant's Name:** YOLANDA LASSO-PEREZ

**Case No:**

**MAGISTRATE JUDGE
TURNOFF**

**Count #: 1**

             **FAILURE TO APPEAR.**

             **18 U.S.C. § 3146 (a)(1)**

**\*Max. Penalty:**       **10 YEARS IMPRISONMENT**



**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96